**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 10-1343**

———————————

DONALD X. KIDD,

                Plaintiff - Appellant,

      v.

TA OPERATING, LLC, d/b/a Travelcenters of America,

                Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   Henry E. Hudson, District Judge.  (3:10-cv-00069-HEH)

———————————

Submitted:  October 14, 2010       Decided:  October 20, 2010

———————————

Before MOTZ, KING, and DAVIS, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Donald X. Kidd, Appellant Pro Se.  Jeremy David Capps, HARMAN, CLAYTOR, CORRIGAN & WELLMAN, Richmond, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald X. Kidd appeals the district court's order denying relief on his employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Kidd v. TA Operating Corp.</u>, No. 3:10-cv-00069-HEH (E.D. Va. Mar. 18, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>